COMMONWEALTH of Pennsylvania, Petitioner

v.

Gavin Lloyd COBB, Respondent.

Supreme Court of Pennsylvania.

Aug. 23, 2012.

### ORDER

PER CURIAM.

AND NOW, this 23rd day of August, 2012, the Petition for Allowance of Appeal is **GRANTED** on the following issue, as rephrased for clarity:

(1) Did the trial court err in denying defendant's motion to dismiss all counts in violation of double jeopardy protections after the trial court *sua sponte* declared a mistrial for reasons of manifest necessity or preserving the ends of public justice?